UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>                    Plaintiff,<br><br>       v.<br><br>DONALD JOHN TRUMP, et al.,<br><br>                    Defendants. | Case No. 2:24-cv-02001-JLR-TLF<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The action is dismissed without prejudice, and the *in forma pauperis* (IFP) application (Dkt. 1) is denied.

(3) The proposed motions (Dkts. 1-5, 1-6, 1-7, 1-8, 1-9, 1-10, 1-11) are denied as moot.

(4) The case is closed.

//
//
//
//

ORDER OF DISMISSAL - 1

(5)    The Clerk shall provide a copy of this order to plaintiff and to Judge Fricke.

Dated this 27th day of January, 2025.

                                             James L. Robart
                                             United States District Judge

ORDER OF DISMISSAL - 2